CHAS. A. JOHNSON v. STATE.

No. A-1487.   Opinion Filed January 13, 1913.

Appeal from Washita County Court;

L. R. Shean, Judge.

Chas. A. Johnson was convicted of violating the prohibitory law, and appeals. Affirmed.

Jones & Bashore, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM:   The plaintiff in error, Chas. A. Johnson, was convicted in the county court of Washita county at the July, 1911, term, on a charge of unlawfully conveying intoxicating liquors, and his punishment fixed at a fine of fifty dollars and imprisonment in

the county jail for a period of 30 days. Upon a careful examination of the record we find no error sufficiently prejudicial to justify a reversal of this cause. See Rupart v. State, 7 Okla. Cr. 201; and Maynes v. State, 6 Okla. Cr. 487. The judgment of the trial court is affirmed.